McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:08-CR-0008 LJO |
|---|---|
| Plaintiff, | DECLARATION OF KERN COUNTY PROBATION OFFICER TANIYA DAVIS |
| v. | |
| KENDRA CHRISTINE SNOW, | Date: October 31, 2008<br>Time: 9:00 a.m. |
| Defendant. | Place: Courtroom Four<br>Honorable Lawrence J. O'Neill |

I, Taniya Davis, do hereby swear and depose that:

1. I am a probation officer assigned to the Kern County Probation Department. I have been so employed for approximately 19 years. I am familiar with the records maintained by the Kern County Probation Department. I am familiar with all Kern County Probation Office's records pertaining to the probation and supervision of defendant, Kendra Christine Snow.

2. Kern County Probation Office records indicate that, while defendant Snow was granted a Deferred Entry of Judgment for another offense, being under the influence of a controlled substance, Kern County Superior Court Case No. BM677606A, the defendant's performance was unsatisfactory.

3. Specifically, in February 22, 2005, the defendant was granted a Deferred Entry

1

of Judgment given the opportunity to enroll in a substance abuse counseling program pursuant to Penal Code Section 1000 but, was discharged three months later due to submission of a positive methamphetamine test. On September 8, 2005, an exclusion letter was filed and the defendant was instructed to appear in court.

4. An exclusion hearing was scheduled for October 6, 2005, at which time the defendant failed to appear and a bench warrant was issued on October 7, 2005.

5. On November 1, 2005, the defendant was arrested and the exclusion hearing was reset to December 2, 2005; however, the defendant failed to appear and a bench warrant was issued at that time.

6. On January 31, 2006, the defendant was arrested and the exclusion hearing was reset to February 9, 2006; however, the defendant failed to appear and a bench warrant was issued.

7. On July 17, 2006, the defendant was arrested and the exclusion hearing was reset to August 3, 2006.

8. On August 3, 2006, the defendant was excluded from the PC 1000 program and sentenced to three years misdemeanor probation, 90 days in custody and ordered to pay probation fines and fees.

This I declare under penalty of perjury this 29 day of October 2008.

*Taniya L. Davis*
Taniya L. Davis
Deputy Probation Officer III
Adult Services
(661) 868-1158